**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **ERIC L. BLOUNT,** : | |
| Plaintiff : | |
| v. : | **CASE NO. 7:06-CV-10 (HL)** |
| **Warden JAMES CAMON, et al,** : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 25) filed July 13, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the time allowed.

**SO ORDERED,** this the 14th day of August, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**